MEMORANDUM OPINION



No. 04-03-00619-CV



Ernesto GUERRA,


Appellant



v.



JONES BLOODSTOCK AGENCY, L.L.P. and Certain Underwriters at Lloyd's of London,


Appellees



From the 73rd Judicial District Court, Bexar County, Texas


Trial Court No. 2002-CI-00585


Honorable David Peeples, Judge Presiding



PER CURIAM


Sitting: Catherine Stone, Justice

 Paul W. Green, Justice

 Sarah B. Duncan, Justice


Delivered and Filed: November 19, 2003


DISMISSED

 The parties have filed a joint motion to dismiss this appeal. The motion to dismiss is granted, and
this appeal is dismissed. See Tex. R. App. P. 42.1(a)(2). Pursuant to the agreement of the parties, costs
of appeal are taxed against the parties who incurred them. See id. at (d). 

 

 PER CURIAM